IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHAUNA MONE'T MCWILLIAMS ) | Case No. 21-31470-KLP |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO EXPEDITE HEARING ON MOTION
TO SELL REAL ESTATE AND TO SHORTEN NOTICE PERIOD**

COME NOW the Debtor, by counsel, and move this Court to Expedite the Hearing on Debtor's Motion to Sell Real Estate and to Shorten Notice Period, and in support thereof states as follows:

1.  The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on May 3, 2021.

2.  Truist Bank is a secured creditor which holds a first mortgage on the property known as 3818 Beechtree Ct., North Chesterfield, VA 23234, more particularly known as

> ALL THAT CERTAIN LOT, PIECE OR PARCEL WITH IMPROVEMENTS THEREON AND APPURTENANCES THERETO BELONGING, LYING, BEING AND SITUATE IN COUNTY OF CHESTERFIELD, VIRGINIA, AND SHOWN AND DESIGNATED AS LOT 2, BLOCK B, SECTION 1, ON THE SUBDIVISION PLAT OF BELFAIR TOWNHOUSES, SECTION 1, RECORDED IN THE CLERK'S OFFICE, CIRCUIT COURT, CHESTERFIELD COUNTY, VIRGINIA, IN PLAT BOOK 20, PAGES 1 THROUGH 8, TO WHICH PLAT REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE PROPERTY.

(the "Property").

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

3. The approximate payoff balance on the note secured by said mortgage is $91,000.00. The tax assessed value of the Property is $122,800.00.

4. Debtor has entered into a contract ("Contract") for the sale of the Property to Melissa Pate for $187,000.00, which, upon closing of the same, will result in Truist Bank releasing its deed of trust against the Property.

5. The amount of the sale or loan proceeds to be applied to the Debtor's obligations under the confirmed plan is $2,500.00, which will not result in full payment of all allowed claims.

6. The approximate amount of sales proceeds to be paid to the Debtor is $74,800.00.

7. Debtor is in the process of purchasing another home for Debtor and Debtor's 4-year-old son, and needs the proceeds to pay for moving expenses and down payment for the purchase of the new home.

8. On December 15, 2021, or as soon thereafter as may be practicable, Debtor intends to sell Debtor's interest in the Property in accordance with the terms of the contract.

WHEREFORE, the Debtor respectfully requests that the Court expedite the hearing on the Motion to Sell Real Estate, Shorten the Notice Period required for said Motion, and grant such other and further relief as is just and proper.

Dated: November 24, 2021                               SHAUNA MONE'T MCWILLIAMS


                                                        By: /s/ James E. Kane
                                                            Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2. I have not created the emergency through any lack of due diligence.

3. I have made a *bona fide* effort to resolve the matter without hearing.

By:  /s/ James E. Kane
James E. Kane

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHAUNA MONE'T MCWILLIAMS | ) | Case No. 21-31470-KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to his Motion to Sell Real Estate.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **December 8, 2021 at 10:00 a.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, VA 23219.**  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

- **REMOTE HEARING INFORMATION**:

    Due to the COVID−19 public health emergency, no in-person hearings are being held.

    This hearing will take place remotely through Zoom on the date and time scheduled herein.

    To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

    ***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

    *** PLEASE NOTE: **You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  November 24, 2021                                              SHAUNA MONE'T MCWILLIAMS

                                                                By:  /s/ James E. Kane
                                                                           Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

```
American Freight
4100 Tomlynn St
Suite A
Richmond, VA 23230


Beechtree Property Owners Asso
210 Lawsons Dr
Clarksville, VA 23927


Blackburn Conte Schilling Clic
300 West Main St.
Richmond, VA 23220


Cashnet USA- Bankruptcy
175 W. Jackson Blvd.
Suite 1000
Chicago, IL 60604


CJW Medical Center
Attn: Bankruptcy
One Park Plaza
Nashville, TN 37203


Laboratory Corp of America
P.O. Box 2240
Burlington, NC 27216


Lendmark Financial Services
1735 North Brown Road
Suite 300
Lawrenceville, GA 30043


OSLA/Dept of Ed
Attn: Bankruptcy
Po Box 18475
Oklahoma City, OK 73154


Radius Global Solutions, LLC
P.O. Box 390846
Minneapolis, MN 55439


Rva Fin Fcu
Attn: Bankruptcy Dept
1700 Robin Hood Rd
Richmond, VA 23220
```

```
Suntrust Bank
Mailcode VA-RVW-6290
Po Box 8509
Richmond, VA 23286


Suntrust Bank
Attn: Bankruptcy
Mc Va-Rvw_6290 Pob 85092
Richmond, VA 23286


Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304
```